UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**ERIC WILLIAMS,**
**and LISA WALKER,**

       Plaintiffs,

  -vs-                                 Case No. 14-C-903

**CASHCALL, INC.,**

       Defendant.

## DECISION AND ORDER

Due to the consent of the parties pursuant to 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby transferred to Magistrate Judge William E. Duffin to conduct all further proceedings herein.

Dated at Milwaukee, Wisconsin, this 29th day of August, 2014.

                                        **BY THE COURT:**

                                        _____
                                        **HON. RUDOLPH T. RANDA**
                                        **U.S. District Judge**