UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Chambers of                                                   517 E. Wisconsin Avenue
William E. Duffin                                             Milwaukee, Wisconsin 53202
United States Magistrate Judge                                414-297-3188

March 17, 2015

Heidi N Miller
DeLadurantey Law Office LLC
735 W Wisconsin Ave - Ste 720
Milwaukee, WI 53233

Adam E Witkov
Michael Best & Friedrich LLP
100 E Wisconsin Ave - Ste 3300
Milwaukee, WI 53202-4108

Re: Williams et al v. CashCall, Inc.
     Case No. 14-C-903

Dear Counsel:

The above entitled action has been assigned to this court for all further proceedings. Each party shall follow the procedures set forth in Rule 26 of the Federal Rules of Civil Procedure. In order to assist the court in conducting the Rule 16 conference, your Rule 26(f) report to the court should contain the following additional information:

1. A brief description of the nature of the case, including a statement regarding the basis of subject matter jurisdiction.
2. Whether the parties contemplate amending the pleadings, by joining parties or for other reasons.
3. Any motions which are contemplated at this time.
4. Such other matters as may affect the scheduling of this case for final disposition.

The court will conduct the Rule 16 conference at **10:00 a.m. on March 31, 2015.** In addition to the matters set forth above, the parties shall be prepared to discuss the matters set forth in Civ. L.R. 16(a)(1). Your Rule 26(f) report shall be electronically filed with the court no later than **March 25, 2015**.

The court routinely conducts a Rule 16 conference by way of telephone. The parties shall call the court's conference line at 888-278-0296 and use access code 8322317# to join the call.

However, the parties may agree that this conference be held in court. Any such agreement to hold the conference in court should be set forth in the parties' Rule 26(f) report or filed as a separate document before the submission of the Rule 26(f) report.

If the parties do not agree that the Rule 26(f) conference should be held in court, any party may, either as part of the parties' Rule 26(f) report or in a separate document filed before the submission of the Rule 26(f) report, request that the conference be held in court. Any such request shall be accompanied by a short statement indicating why the party believes an in-court conference is appropriate.

Very truly yours,

*William E. Duffin*
William E. Duffin
U.S. Magistrate Judge