# United States District Court
## Eastern District of Wisconsin

PARTIAL JUDGMENT IN A CIVIL ACTION

**ERIC WILLIAMS,**
            **Plaintiff,**

      v.                          Case No. 14-C-903

**CASHCALL, INC.,**
            **Defendant.**

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The court having granted defendant CashCall, Inc.'s motion to compel plaintiff Eric Williams to arbitrate his claims against the defendant arising out of its February 2012 $1000 loan to Williams and the Court finding no just reason for delay,

**IT IS ORDERED AND ADJUDGED** that plaintiff Eric Williams's action against defendant CashCall, Inc. is **dismissed**.

Date: July 21, 2015

                                        Jon W. Sanfilippo, Clerk of Court
                                        EASTERN DISTRICT OF WISCONSIN
                                        (By) Deputy Clerk, s/ Amanda S. Chasteen
                                        Approved this 21st day of July, 2015.

                                        */s/ William E. Duffin*

                                        WILLIAM E. DUFFIN
                                        United States Magistrate Judge